UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-910 (FLW) |
| ABU ALI and SOLOMON BLAY, | : | |
| a/k/a "Junior" | : | <u>SCHEDULING AND CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendants Abu Ali (by Linda Foster, Esq.) and Solomon Blay (by John Whipple, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendants shall file any motions no later than March 23, 2009;

IT IS FURTHER ORDERED that any reply to defendants' motions shall be filed no later than April 20, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be May 4, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for May 11, 2009; and

IT IS FURTHER ORDERED that the period from January 8, 2009 through May 11, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea

agreement, and the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendants consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

_____
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____ for Linda Foster 1/8/09
Linda Foster, Esq.
Counsel for defendant Ali

_____
Abu Ali

_____ 1/8/09
John Whipple, Esq.
Counsel for defendant Blay

_____
Solomon Blay

_____
Lee D. Vartan
Assistant U.S. Attorney