Fax Server          GMT 4/2/2009 9:20:53 PM    PAGE   3/005    Fax Server
Case 3:08-cr-00910-FLW   Document 42   Filed 04/03/09   Page 1 of 3 PageID: 83

Fax from :                                          03-27-09 03:54p   Pg: 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-910 (FLW) |
| ABU ALI and SOLOMON BLAY, a/k/a "Junior" | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendants Abu Ali (by Linda Foster, Esq.) and Solomon Blay (by John Whipple, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendants shall file any motions no later than July 10, 2009;

IT IS FURTHER ORDERED that any reply to defendants' motions shall be filed no later than July 24, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be August 14, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for September 8, 2009; and

IT IS FURTHER ORDERED that the period from March 24, 2009 through September 8, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) this case is sufficiently complex, due to the nature of the prosecution, that it is

Fax Server          GMT 4/2/2009 9:20:53 PM     PAGE    4/005    Fax Server
Case 3:08-cr-00910-FLW   Document 42   Filed 04/03/09   Page 2 of 3 PageID: 84

Fax from :                                              03-27-09 03:54p   Pg: 3

unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; (2) in light of the complexity of the case, both defendants require additional time to review discovery and prepare their respective defenses; (3) the parties are preparing to engage in preliminary discussions concerning entering into plea agreements, the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (4) the defendants consented to the continuance; (5) the grant of a continuance will likely conserve judicial resources; and (6) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

_____  4/3/09
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Linda Foster, Esq.
Counsel for defendant Ali

_____
Abu Ali

_____
John Whipple, Esq.
Counsel for defendant Blay

_____
John Whipple, Esq.
Counsel for defendant Blay

_____
Solomon Blay

_____
Lee D. Varten
Assistant U.S. Attorney