UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-910 (FLW) |
| ABU ALI and SOLOMON BLAY, a/k/a "Junior | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Lee Vartan, Assistant U.S. Attorney), and defendants Abu Ali (by Linda Foster, Esq.) and Solomon Blay (by John Whipple, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that any reply to defendants' motions shall be filed no later than October 19, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be November 16, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for November 30, 2009; and

IT IS FURTHER ORDERED that the period from August 13, 2009 through November 30, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) this case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; (2) in light of the complexity of

Fax Server           GMT 8/27/2009 9:24:47 PM    PAGE    4/006    Fax Server
Case 3:08-cr-00910-FLW   Document 46   Filed 08/28/09   Page 2 of 4 PageID: 156

Fax from :                                                       08-27-09 03:55p   Pg: 3

the case, both defendants require additional time to review discovery and prepare their respective defenses; (3) the parties are preparing to engage in preliminary discussions concerning entering into plea agreements, the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (4) the defendants consented to the continuance; (5) the grant of a continuance will likely conserve judicial resources; and (6) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

_____   8-28-09
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Linda Foster, Esq.
Counsel for defendant Ali

_____
Abu Ali

_____
John Whipple, Esq.
Counsel for defendant Blay

_____
Solomon Blay

proceedings and trial within the time limits established by Title 18, United States Code, Section 3161; (2) in light of the complexity of the case, both defendants require additional time to review discovery and prepare their respective defenses; (3) the parties are preparing to engage in preliminary discussions concerning entering into plea agreements, the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (4) the defendants consented to the continuance; (5) the grant of a continuance will likely conserve judicial resources; and (6) pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

_____
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Linda Foster, Esq.
Counsel for defendant Ali

_____
Abu Ali

_John C. Whipple 8/19/09_
John Whipple, Esq.

Counsel for defendant Blay

_____
Solomon Blay

_____
Lee Vartan
Assistant U.S. Attorney